IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEFFERY ALLEN McCLELLAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-110-WKW |
| | ) | [WO] |
| SHARON McSWAIN HOLLAND, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is a *pro se* filing by Plaintiff Jeffery Allen McClellan (Doc. # 40), which the court construes as an objection to the Magistrate Judge's November 27, 2017 Order (Doc. # 39) pursuant to Rule 72(a) of the Federal Rules of Civil Procedure.

Upon consideration of Plaintiff's objection (Doc. # 40) to the Magistrate Judge's Order (Doc. # 39), it is ORDERED that the objection is OVERRULED because the order to which Plaintiff objects is neither clearly erroneous nor contrary to law. *See* Fed. R. Civ. P. 72(a).

DONE this 10th day of January, 2018.

                                             /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE